# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS HOLLY STEPHENS, and<br>BRANDON JAMES LeCLAIR,<br><br>Defendants. | CR 17-08-H-CCL<br><br><br>AMENDED FINAL ORDER OF<br>FORFEITURE |

This matter comes before the Court on the United States' Motion for an Amended Final Order of Forfeiture (Doc. 82.)  Having reviewed said motion, the Court FINDS:

1.  The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.  A Preliminary Order of Forfeiture was entered on November 1, 2017;

3.  All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.       There appears there is cause to issue an amended forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.       The Motion for an Amended Final Order of Forfeiture is GRANTED.

2.       Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Bersa, model Firestorm, .22 caliber pistol, serial number A20086;
- Taurus, model PT99, 9 mm semi-automatic pistol, serial number THI45144;
- 9 rounds of Remington .22 caliber ammunition; and
- 9 rounds of assorted 9mm caliber ammunition.

3.       The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this __18th__ day of June, 2020.

_____
CHARLES C. LOVELL
Senior United States District Judge